UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

AUG 1 2 2015

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. |
| v. | ) | |
| | ) | **4:15CR385 JAR/NAB** |
| JOE EDGER, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about June 26, 2015, in the City of Saint Louis, within the Eastern District of Missouri,

**JOE EDGER,**

the Defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year under the laws of the State of Missouri, did knowingly and intentionally possess one or more firearms; to wit:   RG make, 14 model .22 long rifle caliber revolver, bearing serial number 330570, which traveled in interstate or foreign commerce prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

THOMAS REA, #53245MO
Assistant United States Attorney